# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129686

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES ROBERT MCQUEEN,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 129686
COA: 252871
Kent CC: 03-001780-FC

_____/

On order of the Court, the application for leave to appeal the August 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

p0123

Clerk